UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA    : | |
| : | |
| v.    : | Docket No. 3:17-CR-00137-SRU |
| : | |
| KAMRAN KHAN, et al    : | JULY 13, 2018 |

## MOTION TO WITHDRAW APPEARANCE

To the Clerk of the court and all parties of record, please withdraw the appearance of Vanessa Richards, Assistant United States Attorney, as counsel for the United States of America in the above-referenced case.

Respectfully submitted,

UNITED STATES ATTORNEY

/S/
VANESSA RICHARDS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05095
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
(203) 696-3000

**CERTIFICATE OF SERVICE**

      **I hereby certify that on July 13, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.   Parties may access this filing through the Court's CM/ECF System.**

      **/S/**_____
**VANESSA RICHARDS**
**ASSISTANT UNITED STATES ATTORNEY**